36698. MARINO et al. v. DEKALB COUNTY et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

ARGUED OCTOBER 14, 1980 — DECIDED OCTOBER 29, 1980 —
REHEARING DENIED NOVEMBER 5, 1980.

*Hurst & Barber, William R. Hurst,* for appellants.
*Arthur K. Bolton, Attorney General, Roland F. Matson, Assistant Attorney General, Charles M. Richards, Staff Assistant Attorney General, Robert H. Walling, Gail C. Flake,* for appellees.